**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Terrence Peter Pacheco,<br>     fdba T&A Pacheco<br><br>                    Debtor(s) | CHAPTER 13<br><br>BKY. NO. 17-18454 REF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of M&T Bank as Servicer for LAKEVIEW LOAN SERVICING LLC and index same on the master mailing list.

                    Respectfully submitted,

                    **/s/ Rebecca A. Solarz, Esquire**
                    Rebecca A. Solarz, Esquire
                    KML Law Group, P.C.
                    701 Market Street, Suite 5000
                    Philadelphia, PA 19106-1532
                    (215) 627-1322 FAX (215) 627-7734