United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-18454-ref
Terrence Peter Pacheco                                                    Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Lisa              Page 1 of 4              Date Rcvd: Jan 04, 2018
                              Form ID: 309I           Total Noticed: 151

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2018.
```
db            +Terrence Peter Pacheco,    1641 Stanford Road,    Bethlehem, PA 18018-1767
tr            +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Avenue,    P.O. Box 4010,
                Reading, PA 19606-0410
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14029110      +ADT Security Services,    14200 E. Exposition Ave.,    Aurora, CO 80012-2540
14029124      +AR Resources, Inc,    PO Box 1056,    Blue Bell, PA 19422-0287
14029127     ++ASPEN NATIONAL COLLECTIONS,    PO BOX 10689,    BROOKSVILLE FL 34603-0689
              (address filed with court: Aspen National Collections,     18110 Powell Road,
                Brooksville, FL 34604)
14029109      #Accounts Receivable Management, Inc.,    P.O. Box 129,    Thorofare, NJ 08086-0129
14029115      +Amato Keating and Lessa, P.C.,    107 N. Commerce Way, Suite 100,    Bethlehem, PA 18017-8913
14029116       American Coradius International, LLC,    2420 Sweet Home Road, Ste. 150,
                Amherst, NY 14228-2244
14029117       American Education Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
14029120      +Americollect Inc.,    2235 Mercury Way,    Santa Rosa, CA 95407-5473
14029123      +Apothaker & Associates, P.C.,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
14029128       Aspen National Collections,    PO Box 10689,    Brooksville, FL 34603-0689
14029129       Assetmax,    P.O. Box 190191,    South Richmond Hill, NY 11419-0191
14029131      +Ayanna Claudia Pacheco,    1641 Stanford Road,    Bethlehem, PA 18018-1767
14029132      +Bay Area Credit Service,    P.O. Box 467600,    Atlanta, GA 31146-7600
14029134      +Brunswick Urgent Care, PA,    3185 Route 27,    Franklin Park, NJ 08823-1313
14029142       CCB Credit Services,    5300 S. 6th Street,    Springfield, IL 62703-5184
14029147     ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
              (address filed with court: Continental Finance Company, LLC,     P.O. Box 8099,
                Newark, DE 19714-8099)
14029136      +Capital Health System,    750 Brunswick Ave.,    Trenton, NJ 08638-4143
14029144      +Citibank, N.A./The Home Depot,    Attn: Bankruptcy Dept.,    P.O. Box 790040,
                Saint Louis, MO 63179-0040
14029145      +Collectech Systems,    P.O. Box 361567,    Columbus, OH 43236-1567
14029154       DirecTV,    P.O. Box 5007,    CCarol Stream, IL 60197-5007
14029160      +EOS CCA,    700 Longwater Dr.,    Norwell, MA 02061-1624
14029157       Eastern Account System of CT, Inc.,    P.O. Box 837,    Newtown, CT 06470-0837
14029158      +Emergency Medical Associates,    P.O. Box 747,    Livingston, NJ 07039-0747
14029162      +Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
14029164       Genpact Services, LLC,    P.O. Box 1969,    Southgate, MI 48195-0969
14029166      +Greenspoon Marder,    Trade Centre South Suite 700,    100 W. Cypress Creek Road,
                Fort Lauderdale, FL 33309-2181
14029169      +HDA Hamilton Dental Associates,    2929 Klockner Road,    Hamilton Square, NJ 08690-2809
14029167      +Hamilton Cardiology Associates,    PO Box 9955,    Trenton, NJ 08650-2955
14029170       Health Network Laboratories,    794 Roble Road,    Allentown, PA 18109-9110
14029174       Jolly B Canlas MD,    Attn 13169X,    PO Box 14000,    Belfast, ME 04915-4033
14029177      +KML Law Group, P.C.,    Suite 500, BNY Mellon Independence Cente,    701 Market Street,
                Philadelphia, PA 19106-1538
14029176      +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14029178       Laboratory Corporation of America,    P.O. Box 2240,    Burlington, NC 27216-2240
14029179      +Lakeview Loan Servicing LLC,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
14032789      +Lakeview Loan Servicing LLC,    KML Law Group, P.C.,    710 Market Street, Suite 5000,
                Philadelphia, PA 19106-2312
14029180      +Lando Resorts Corporation,    5405 Diplomat Circle,    Ste. 106,    Orlando, FL 32810-5623
14029181       Law Enforcement Systems, LLC,    Violations Processing Center,    P.O. Box 2182,
                Milwaukee, WI 53201-2182
14029182       Law Offices of Mithell N. Kay, P.C.,    P.O. Box 9006,    Smithtown, NY 11787-9006
14029183       Linebarger, Goggan, Blair & Sampson, LLC,    P.O. Box 90128,    Harrisburg, PA 17109-0128
14029185      +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
                Mt. Laurel, NJ 08054-7269
14029187       M&T Bank,    P.O. Box 21264-2182,    Buffalo, NY 14240-1288
14029189      +Maurice & Needleman, P.C.,    935 One Penn Center,    1617 John F. Kennedy Blvd.,
                Philadelphia, PA 19103-1821
14029191       Medical Imag. of Lehigh Valley,    P.O. Box 3226,    Allentown, PA 18106-0226
14029192       Mercy Diagnostics, Inc,    3109 Poplarwood Ct, Suite 302,    Raleigh, NC 27604-1044
14029194       Michael Harrison, Esq.,    3155 State Route 10, Suite 214,    Denville, NJ 07834-3430
14029195      +NACS,    2810 Walker Road, Suite 100,    Chattanooga, TN 37421-1082
14029201       NJ E-ZPass Violation Processing Ctr.,    P.O. Box 52005,    Newark, NJ 07101-8205
14029196       National Bond Collection,    210 Division Street,    Kingston, PA 18704-2715
14029198      +Nationwide Credit, Inc.,    4700 Vestal Parkway East,    Vestal, NY 13850-3770
14029200      +New Jersey Turnpike Authority,    PO Box 4971,    Trenton, NJ 08650-4971
14029202      +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
14029204      +OneMain Financial,    PO Box 717,    Getzville, NY 14068-0717
14029210       PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
14029220       PSE&G,    P.O. Box 14444,    New Brunswick, NJ 08906-4444
```

```
District/off: 0313-4               User: Lisa                Page 2 of 4                Date Rcvd: Jan 04, 2018
                                   Form ID: 309I             Total Noticed: 151


14029205       Patient First,    P.O. Box 758941,    Baltimore, MD 21275-8941
14029207      +Penn Credit,    916 S. 14th Street,    Harrisburg, PA 17104-3425
14029206      +Penn Credit,    916 S. 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
14029209       Powell, Rogers & Speaks, Inc.,    PO Box 930,    Halifax, PA 17032-0930
14029211      +Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
14029212      +Pressler and Pressler, LLP,    Ralph Gulko, Esq.,    7 Entin Road,    Parsippany, NJ 07054-5020
14029213       Princeton Anesthesia Services PC,    P.O. Box 3405,    Boston, MA 02241-0001
14029214       Princeton ER Physicians,    P.O. Box 8507,    Princetn, NJ 08543-8507
14029215       Princeton Healthcare System,    P.O. Box 41309, Dept. 400,    Nashville, TN 37204-1309
14029216      +Princeton Radiology,    3674 Route 27, Dept. B,    Kendall Park, NJ 08824-1057
14029217      +Princeton Surgical Associates,    5 Plainsboro Road, Suite 400,    Plainsboro, NJ 08536-1915
14029218       Professional Account Management, LLC,    P.O. Box 1153,    Milwaukee, WI 53201-1153
14029221       Quest Diagnostics,    P.O. Box 7306,    Hollister, MO 65673-7306
14029224      +Republic Services,    1200 N. Irving Street,    Allentown, PA 18109-3321
14029226      +Richard J. Boudreau & Associates, LLC,    50 Tower Office Park,    Woburn, MA 01801-2113
14029230      +Rubin & Raine of New Jersey, LLC,    P.O. Box 949,    Cranberry Commons,
                446 Route 35, Building C,    Eatontown, NJ 07724-4290
14029231      +Schachter Portnoy, LLC,    3490 U.S. Route 1,    Princeton, NJ 08540-5920
14029232       Shahid B. Meer, MD,    P.O Box 1037,    Pennington, NJ 08534-1037
14029234      +Stern & Eisenberg, P.C.,    1040 N. Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
14029235       Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
14029238       T-Mobile,    P.O. Box 373380,    Albuquerque, NM 87176-7380
14029239      +Terminix,    795 Roble Road, Suite 7,    Allentown, PA 18109-9147
14029241      +The Law Offices Of William B. Callahan,    1800 East High Street, Suite 150,
                Pottstown PA 19464-3227
14029240      +The Law Offices of William B. Callahan,    1800 E. High Street,    Pottstown, PA 19464-3239
14029242      +Torres Credit Services, Inc.,    27 Fairview Street,    P.O. Box 189,    Carlisle, PA 17013-0189
14029244       Universal Fidelity, LP,    P.O. Box 219785,    Houston, TX 77218-9785
14029246       Vacation Village at Parkway,    PO Box 405947,    Atlanta, GA 30384-5947
14029245       Vacation Village at Parkway,    P.O. Box 350547,    Fort Lauderdale, FL 33335-0547
14029248      +Zachary Zawarski, Esq.,    3001 Easton Avenue,    Bethlehem, PA 18017-4207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: zzawarski@zawarskilaw.com Jan 05 2018 01:28:43     ZACHARY ZAWARSKI,
                 The Law Office of Zachary Zawarski,    3001 Easton Avenue,    Bethlehem, PA  18017
smg            +E-mail/Text: robertsl2@dnb.com Jan 05 2018 01:29:07     Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 05 2018 01:29:02
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 05 2018 01:29:09     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jan 05 2018 01:29:03     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14029107       +E-mail/Text: bk.notices@a1collectionagency.com Jan 05 2018 01:29:17     A-1 Collection Agency,
                 715 Horizon Drive,    Grand Junction, CO 81506-8700
14029111        EDI: AFNIRECOVERY.COM Jan 05 2018 01:23:00     AFNI, Inc.,    404 Brock Drive,    P.O. Box 3517,
                 Bloomington, IL 61702-3517
14029119        E-mail/Text: ebn@americollect.com Jan 05 2018 01:29:05     Americollect Inc.,
                 Attn: Bankruptcy Dept.,    P.O. Box 1566,    Manitowoc, WI 54221
14029121        E-mail/Text: ebn@americollect.com Jan 05 2018 01:29:06     Americollect, Inc.,    P.O. Box 1566,
                 Manitowoc, WI 54221-1566
14029126        EDI: ARSN.COM Jan 05 2018 01:23:00     ARS National Services, Inc.,    P.O. Box 463023,
                 Escondido, CA 92046-3023
14029130        EDI: CINGMIDLAND.COM Jan 05 2018 01:23:00     AT&T Mobility,    P.O. Box 537104,
                 Atlanta, GA 30353-7104
14029108       +EDI: AARGON.COM Jan 05 2018 01:23:00     Aargon Collection,    8668 Spring Mountain Road,
                 Las Vegas, NV 89117-4132
14029113        EDI: GMACFS.COM Jan 05 2018 01:23:00     Ally Financial,    P.O. Box 380901,
                 Bloomington, MN 55438-0901
14029114        EDI: GMACFS.COM Jan 05 2018 01:23:00     Ally Financial,    PO Box 380902,
                 Bloomington, MN 55438-0902
14029118       +EDI: RMCB.COM Jan 05 2018 01:23:00     American Medical Collection Agency,
                 4 Westchester Plaza, Building 4,    Elsmford, NY 10523-1615
14029122        EDI: AMSHER.COM Jan 05 2018 01:23:00     Amsher Collection Services, Inc.,
                 600 Beacon Pkwy W, Suite 300,    Birmingham, AL 35209-3114
14029133        E-mail/Text: banko@berkscredit.com Jan 05 2018 01:28:49     Berks Credit & Collections, Inc.,
                 P.O. Box 329,    Temple, PA 19560-0329
14029141       +E-mail/Text: bankruptcynotices@cbecompanies.com Jan 05 2018 01:29:08     CBE Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
14029149        E-mail/Text: ebn@mycps.com Jan 05 2018 01:29:09     CPS Security,    P.O. Box 35,
                 Kingsbury, TX 78638-0035
14029153        E-mail/Text: bankruptcy@cunj.org Jan 05 2018 01:28:51     Credit Union of New Jersey,
                 1035 Parkway Ave.,    Trenton, NJ 08625
14029152        E-mail/Text: bankruptcy@cunj.org Jan 05 2018 01:28:51     Credit Union of New Jersey,
                 7 Dunmore Ave.,    Ewing, NJ 08618
14029135       +E-mail/Text: clientrep@capitalcollects.com Jan 05 2018 01:29:23     Capital Collection Service,
                 P.O. Box 150,    West Berlin, NJ 08091-0150
14029137        E-mail/Text: cms-bk@cms-collect.com Jan 05 2018 01:28:50     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
```

```
District/off: 0313-4          User: Lisa              Page 3 of 4                   Date Rcvd: Jan 04, 2018
                              Form ID: 309I           Total Noticed: 151


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14029139       EDI: CAPITALONE.COM Jan 05 2018 01:23:00      Capital One Bank (USA), N.A.,
                Attn: Bankrptcy Dept.,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
14029138       EDI: CAPITALONE.COM Jan 05 2018 01:23:00      Capital One Bank (USA), N.A.,
                Attn: Bankruptcy Dept.,    P.O. Box 30285,   Salt Lake City, UT 84130-0285
14029140      +EDI: MERRICKBANK.COM Jan 05 2018 01:23:00      Carson Smithfield LLC,    P.O. Box 9216,
                Old Bethpage, NY 11804-9016
14030101      +E-mail/Text: bankruptcy@cavps.com Jan 05 2018 01:29:08       Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14029143      +E-mail/Text: bankruptcy@certifiedcollection.com Jan 05 2018 01:28:51
                Certified Credit & Collection Bureau,    P.O. Box 336,   Raritan, NJ 08869-0336
14029146       EDI: WFNNB.COM Jan 05 2018 01:23:00      Comenity Bank/Victoria Secret,    P.O. Box 182125,
                Columbus, OH 43218-2125
14029148      +EDI: CONVERGENT.COM Jan 05 2018 01:23:00      Convergent Outsourcing, Inc.,    800 SW 39th Street,
                P.O. Box 9004,   Renton, WA 98057-9004
14029150      +EDI: CCS.COM Jan 05 2018 01:23:00      Credit Coll,    Po Box 9136,   Needham, MA 02494-9136
14029151      +EDI: CCS.COM Jan 05 2018 01:23:00      Credit Collections Services,
                Two Wells Avenue, Dept. 9134,    Newton, MA 02459-3225
14029156      +EDI: TSYS2.COM Jan 05 2018 01:23:00      DSNB/Macy’s,    Attn: Bankruptcy Dept.,    P.O. Box 8053,
                Mason, OH 45040-8053
14029155      +EDI: DCI.COM Jan 05 2018 01:23:00      Diversified Consultants, Inc.,    P.O. Box 551268,
                Jacksonville, FL 32255-1268
14029161      +EDI: CONVERGENT.COM Jan 05 2018 01:23:00      ER Solutions, Inc.,    800 SW 39th Street,
                P.O. Box 9004,   Reton, WA 98057-9004
14029159      +E-mail/Text: bknotice@erccollections.com Jan 05 2018 01:29:05       Enhanced Recovery Corp.,
                Attn: Bankruptcy Dept.,    8014 Bayberry Rd.,   Jacksonville, FL 32256-7412
14029163      +EDI: COLLECTCORP.COM Jan 05 2018 01:23:00      Gatestone,    P.O. Box 101928,    Dept. 4947A,
                Birmingham, AL 35210-6928
14029165       EDI: WESTASSET.COM Jan 05 2018 01:23:00      Global Receivables Solutions, Inc.,    PO Box 790113,
                St. Louis, MO 63179-0113
14029171      +E-mail/Text: jmoreno@hillcrestdavidson.com Jan 05 2018 01:28:50       Hillcrest Davidson,
                715 N. Glenville Dr. Ste. 450,    Richardson, TX 75081-2898
14029172       EDI: IIC9.COM Jan 05 2018 01:23:00      IC System,    444 Highway 96 East,    P.O. Box 64378,
                St. Paul, MN 55164-0378
14029173       EDI: IRS.COM Jan 05 2018 01:23:00      Internal Revenue Service,
                Centralized Insolvency Operation,    P.O. Box 7346,   Philadelphia, PA 19101-7346
14029175       E-mail/Text: BKRMailOPS@weltman.com Jan 05 2018 01:28:51       Kay Jewelers,    PO Box 740425,
                Cincinnati, OH 45274-0425
14029184      +EDI: RESURGENT.COM Jan 05 2018 01:23:00      LVNV Funding LLC,    15 South Main Street,
                Greenville, SC 29601-2743
14029186       E-mail/Text: camanagement@mtb.com Jan 05 2018 01:28:50       M&T Bank,    P.O. Box 1288,
                Buffalo, NY 14240-1288
14029190       E-mail/Text: bknotices@mbandw.com Jan 05 2018 01:29:08       McCarthy , Burgess & Wolff,
                The MB&W Building,    2600 Cannon Road,   Cleveland, OH 44146
14029193      +EDI: MERRICKBANK.COM Jan 05 2018 01:23:00      Merrick Bank,    Attn: Bankruptcy Dept.,
                P.O. Box 9201,   Old Bethpage, NY 11804-9001
14029199      +E-mail/Text: egssupportservices@alorica.com Jan 05 2018 01:29:06
                NCO Financial Systems, Inc.,    507 Prudential Rd.,   Horsham, PA 19044-2308
14029197      +E-mail/Text: Bankruptcies@nragroup.com Jan 05 2018 01:29:22       National Recovery Agency,
                2491 Paxton Street,   Harrisburg, PA 17111-1036
14029203       EDI: AGFINANCE.COM Jan 05 2018 01:23:00      Onemain Financial,    Attn: Bankruptcy Dept.,
                P.O. Box 6042,   Sioux Falls, SD 57117-6042
14029208       EDI: PRA.COM Jan 05 2018 01:23:00      Portfolio Recovery Associates,    120 Corporate Blvd.,
                Norfolk, VA 23502
14029332      +EDI: PRA.COM Jan 05 2018 01:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                Norfolk, VA 23541-1021
14029229      +EDI: RMCB.COM Jan 05 2018 01:23:00      RMCB,    4 Westchester Plaza, Ste. 110,
                Elmsford, NY 10523-3835
14029228       EDI: RMCB.COM Jan 05 2018 01:23:00      RMCB,    PO Box 1235,   Elmsford, NY 10523-0935
14029223      +E-mail/Text: Supportservices@receivablesperformance.com Jan 05 2018 01:29:21
                Receivables Performance Management,    20816 44th Ave. W,   Lynnwood, WA 98036-7744
14029225      +EDI: RMCB.COM Jan 05 2018 01:23:00      Retrieval Masters Creditors Bureau, Inc.,
                4 Westchester Plaza, Suite 110,    Elmsford, NY 10523-1616
14029233       EDI: SWCR.COM Jan 05 2018 01:23:00      Southwest Credit,
                4120 International Parkway, Suite 1100,    Carrollton, TX 75007-1958
14029236      +EDI: STF1.COM Jan 05 2018 01:23:00      Suntrust/Greensky/THD,    1797 NE Expressway,
                Atlanta, GA 30329-7803
14029237       EDI: RMSC.COM Jan 05 2018 01:23:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                P.O. Box 965060,   Orlando, FL 32896-5060
14029434      +EDI: RMSC.COM Jan 05 2018 01:23:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,   Norfolk, VA 23541-1021
14033586       EDI: AIS.COM Jan 05 2018 01:23:00      T Mobile/T-Mobile USA Inc,
                by American InfoSource LP as agent,    PO Box 248848,   Oklahoma City, OK  73124-8848
14029243      +EDI: URSI.COM Jan 05 2018 01:23:00      United Recovery Systems, LP,    5800 North Course Drive,
                Houston, TX 77072-1613
14029247       E-mail/Text: BKRMailOps@weltman.com Jan 05 2018 01:29:05       Weltman, Weinberg & Reis Co., LPA,
                325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
                                                                                              TOTAL: 62
```

```
District/off: 0313-4          User: Lisa              Page 4 of 4              Date Rcvd: Jan 04, 2018
                              Form ID: 309I           Total Noticed: 151


              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*            +FREDERICK L. REIGLE,    Chapter 13 Trustee,    2901 St. Lawrence Ave.,    P.O. Box 4010,
                  Reading, PA 19606-0410
14029125*       +AR Resources, Inc.,    P.O. Box 1056,    Blue Bell, PA 19422-0287
14029188*      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                 (address filed with court: MABT/Contfin,     121 Continental Drive, Suite 1,    Newark, DE 19713)
14030102*       +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14029112        ##+Allied Interstate, LLC,    P.O. Box 4000,    Warrenton, VA 20188-4000
14029168        ##+Hamilton Cardiology Associates PA,    P.O. Box 3448,    Merceville, NJ 08619-0448
14029219        ##+Progressive Physician Associates,    P.O. Box 4338,    Columbus, HA 31914-0338
14029222        ##+Receivable Management Services Corp.,    4836 Brecksville Road,    P.O. Box 509,
                  Richfield, OH 44286-0509
14029227        ##Riexinger & Associates, LLC,    P.O. Box 956188,    Duluth, GA 30095-9504
                                                                                 TOTALS: 0, * 4, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 4, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY ZAWARSKI    on behalf of Debtor Terrence Peter Pacheco zzawarski@zawarskilaw.com
                                                                                             TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Terrence Peter Pacheco** | Social Security number or ITIN | xxx–xx–4901 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 12/16/17 |
| Case number: | 17–18454–ref | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Terrence Peter Pacheco | |
| 2. | **All other names used in the last 8 years** | fdba T&A Pacheco | |
| 3. | **Address** | 1641 Stanford Road<br>Bethlehem, PA 18018 | |
| 4. | **Debtor's attorney**<br>Name and address | ZACHARY ZAWARSKI<br>The Law Office of Zachary Zawarski<br>3001 Easton Avenue<br>Bethlehem, PA 18017 | Contact phone 610–417–6345<br>Email: zzawarski@zawarskilaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | FREDERICK L. REIGLE<br>Chapter 13 Trustee<br>2901 St. Lawrence Avenue<br>P.O. Box 4010<br>Reading, PA 19606 | Contact phone 610–779–1313<br>Email: ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 400 Washington Street<br>Suite 300<br>Reading, PA 19601 | Office Hours: Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br>Contact phone (610)2085040<br>Date: 1/4/18 |

**For more information, see page 2**

Debtor **Terrence Peter Pacheco**                                                                                                       Case number **17–18454–ref**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 30, 2018 at 02:30 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Bar Association of Lehigh County, Meeting Rooms – Lower Level, 1114 West Walnut Street, Allentown, PA 18102** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 3/31/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 2/24/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 6/14/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $260.00 per month for 60 months. **The hearing on confirmation will be held on: 3/15/18 at 9:00 AM Location:Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |