United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                       Case No. 17-18454-ref
Terrence Peter Pacheco                                                       Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Violet              Page 1 of 4              Date Rcvd: Feb 06, 2018
                              Form ID: 152              Total Noticed: 156

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 08, 2018.
```
db              +Terrence Peter Pacheco,    1641 Stanford Road,    Bethlehem, PA 18018-1767
smg             +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                  Allentown, PA 18101-1603
smg              City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg             +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg             +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14029110        +ADT Security Services,    14200 E. Exposition Ave.,    Aurora, CO 80012-2540
14029124        +AR Resources, Inc,    PO Box 1056,    Blue Bell, PA 19422-0287
14029127       ++ASPEN NATIONAL COLLECTIONS,    PO BOX 10689,    BROOKSVILLE FL 34603-0689
                (address filed with court: Aspen National Collections,    18110 Powell Road,
                  Brooksville, FL 34604)
14029108        +Aargon Collection,    8668 Spring Mountain Road,    Las Vegas, NV 89117-4132
14029109        #Accounts Receivable Management, Inc.,    P.O. Box 129,    Thorofare, NJ 08086-0129
14029115        +Amato Keating and Lessa, P.C.,    107 N. Commerce Way, Suite 100,    Bethlehem, PA 18017-8913
14029116         American Coradius International, LLC,    2420 Sweet Home Road, Ste. 150,
                  Amherst, NY 14228-2244
14029117         American Education Services,    P.O. Box 2461,    Harrisburg, PA 17105-2461
14029120        +Americollect Inc.,    2235 Mercury Way,    Santa Rosa, CA 95407-5473
14029123        +Apothaker & Associates, P.C.,    520 Fellowship Road C306,    Mount Laurel, NJ 08054-3410
14029128         Aspen National Collections,    PO Box 10689,    Brooksville, FL 34603-0689
14029129         Assetmax,    P.O. Box 190191,    South Richmond Hill, NY 11419-0191
14029131        +Ayanna Claudia Pacheco,    1641 Stanford Road,    Bethlehem, PA 18018-1767
14029132        +Bay Area Credit Service,    P.O. Box 467600,    Atlanta, GA 31146-7600
14029134        +Brunswick Urgent Care, PA,    3185 Route 27,    Franklin Park, NJ 08823-1313
14029142         CCB Credit Services,    5300 S. 6th Street,    Springfield, IL 62703-5184
14029147       ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
                (address filed with court: Continental Finance Company, LLC,    P.O. Box 8099,
                  Newark, DE 19714-8099)
14029136        +Capital Health System,    750 Brunswick Ave.,    Trenton, NJ 08638-4143
14029139         Capital One Bank (USA), N.A.,    Attn: Bankrptcy Dept.,    P.O. Box 30285,
                  Salt Lake City, UT 84130-0285
14029138         Capital One Bank (USA), N.A.,    Attn: Bankruptcy Dept.,    P.O. Box 30285,
                  Salt Lake City, UT 84130-0285
14029144        +Citibank, N.A./The Home Depot,    Attn: Bankruptcy Dept.,    P.O. Box 790040,
                  Saint Louis, MO 63179-0040
14029145        +Collectech Systems,    P.O. Box 361567,    Columbus, OH 43236-1567
14029146         Comenity Bank/Victoria Secret,    P.O. Box 182125,    Columbus, OH 43218-2125
14029148        +Convergent Outsourcing, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Renton, WA 98057-9004
14041382        +Credit Union of New Jersey,    Law Offices of William B. Callahan,
                  1800 East High Street, Suite 150,    Pottstown, PA 19464-3227
14041239         Credit Union of New Jersey,    1307 Parkway Avenue,    Ewing, NJ 08628-3010
14029156        +DSNB/Macy's,    Attn: Bankruptcy Dept.,    P.O. Box 8053,    Mason, OH 45040-8053
14043388         Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                  Kirkland, WA  98083-0657
14029154         DirecTV,    P.O. Box 5007,    CCarol Stream, IL 60197-5007
14029160        +EOS CCA,    700 Longwater Dr.,    Norwell, MA 02061-1624
14029161        +ER Solutions, Inc.,    800 SW 39th Street,    P.O. Box 9004,    Reton, WA 98057-9004
14029157         Eastern Account System of CT, Inc.,    P.O. Box 837,    Newtown, CT 06470-0837
14029158        +Emergency Medical Associates,    P.O. Box 747,    Livingston, NJ 07039-0747
14029162        +Financial Recoveries,    P.O. Box 1388,    Mount Laurel, NJ 08054-7388
14029164         Genpact Services, LLC,    P.O. Box 1969,    Southgate, MI 48195-0969
14029166        +Greenspoon Marder,    Trade Centre South Suite 700,    100 W. Cypress Creek Road,
                  Fort Lauderdale, FL 33309-2181
14029169        +HDA Hamilton Dental Associates,    2929 Klockner Road,    Hamilton Square, NJ 08690-2809
14029167        +Hamilton Cardiology Associates,    PO Box 9955,    Trenton, NJ 08650-2955
14029170         Health Network Laboratories,    794 Roble Road,    Allentown, PA 18109-9110
14029172         IC System,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
14029174         Jolly B Canlas MD,    Attn 13169X,    PO Box 14000,    Belfast, ME 04915-4033
14029177        +KML Law Group, P.C.,    Suite 500, BNY Mellon Independence Cente,    701 Market Street,
                  Philadelphia, PA 19106-1538
14029176        +Keystone Collections Group,    546 Wendel Road,    Irwin, PA 15642-7539
14029178         Laboratory Corporation of America,    P.O. Box 2240,    Burlington, NC 27216-2240
14029179        +Lakeview Loan Servicing LLC,    425 Phillips Blvd.,    Ewing, NJ 08618-1430
14032789        +Lakeview Loan Servicing LLC,    KML Law Group, P.C.,    710 Market Street, Suite 5000,
                  Philadelphia, PA 19106-2312
14029180        +Lando Resorts Corporation,    5405 Diplomat Circle,    Ste. 106,    Orlando, FL 32810-5623
14029181         Law Enforcement Systems, LLC,    Violations Processing Center,    P.O. Box 2182,
                  Milwaukee, WI 53201-2182
14029182         Law Offices of Mithell N. Kay, P.C.,    P.O. Box 9006,    Smithtown, NY 11787-9006
14029183         Linebarger, Goggan, Blair & Sampson, LLC,    P.O. Box 90128,    Harrisburg, PA 17109-0128
14029185        +Lyons, Doughty & Veldhuis, P.C.,    136 Gaither Drive, Suite 100,    P.O. Box 1269,
                  Mt. Laurel, NJ 08054-7269
14029187         M&T Bank,    P.O. Box 21264-2182,    Buffalo, NY 14240-1288
```

```
District/off: 0313-4          User: Violet              Page 2 of 4                   Date Rcvd: Feb 06, 2018
                              Form ID: 152              Total Noticed: 156

14029189      +Maurice & Needleman, P.C.,    935 One Penn Center,    1617 John F. Kennedy Blvd.,
                Philadelphia, PA 19103-1821
14029191       Medical Imag. of Lehigh Valley,    P.O. Box 3226,    Allentown, PA 18106-0226
14029192       Mercy Diagnostics, Inc,    3109 Poplarwood Ct, Suite 302,    Raleigh, NC 27604-1044
14029194       Michael Harrison, Esq.,    3155 State Route 10, Suite 214,    Denville, NJ 07834-3430
14029195      +NACS,   2810 Walker Road, Suite 100,    Chattanooga, TN 37421-1082
14029201       NJ E-ZPass Violation Processing Ctr.,    P.O. Box 52005,    Newark, NJ 07101-8205
14029196       National Bond Collection,    210 Division Street,    Kingston, PA 18704-2715
14029198      +Nationwide Credit, Inc.,    4700 Vestal Parkway East,    Vestal, NY 13850-3770
14029200      +New Jersey Turnpike Authority,    PO Box 4971,    Trenton, NJ 08650-4971
14048497      +New Jersey Turnpike Authority,    c/o Mark Schneider, Esq.,    1 Turnpike Plaza,   PO Box 5042,
                Woodbridge NJ 07095-5042
14029202      +Northland Group Inc.,    P.O. Box 390846,    Minneapolis, MN 55439-0846
14029204      +OneMain Financial,    PO Box 717,    Getzville, NY 14068-0717
14029210       PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
14029220       PSE&G,   P.O. Box 14444,    New Brunswick, NJ 08906-4444
14029205       Patient First,    P.O. Box 758941,    Baltimore, MD 21275-8941
14029207      +Penn Credit,    916 S. 14th Street,    Harrisburg, PA 17104-3425
14029206      +Penn Credit,    916 S. 14th Street,    P.O. Box 988,    Harrisburg, PA 17108-0988
14029209       Powell, Rogers & Speaks, Inc.,    PO Box 930,    Halifax, PA 17032-0930
14029211      +Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
14029212      +Pressler and Pressler, LLP,    Ralph Gulko, Esq.,    7 Entin Road,    Parsippany, NJ 07054-5020
14029213       Princeton Anesthesia Services PC,    P.O. Box 3405,    Boston, MA 02241-0001
14029214       Princeton ER Physicians,    P.O. Box 8507,    Princetn, NJ 08543-8507
14029215       Princeton Healthcare System,    P.O. Box 41309, Dept. 400,    Nashville, TN 37204-1309
14029216      +Princeton Radiology,    3674 Route 27, Dept. B,    Kendall Park, NJ 08824-1057
14029217      +Princeton Surgical Associates,    5 Plainsboro Road, Suite 400,    Plainsboro, NJ 08536-1915
14029218       Professional Account Management, LLC,    P.O. Box 1153,    Milwaukee, WI 53201-1153
14029221       Quest Diagnostics,    P.O. Box 7306,    Hollister, MO 65673-7306
14029224      +Republic Services,    1200 N. Irving Street,    Allentown, PA 18109-3321
14029226      +Richard J. Boudreau & Associates, LLC,    50 Tower Office Park,    Woburn, MA 01801-2113
14029230      +Rubin & Raine of New Jersey, LLC,    P.O. Box 949,    Cranberry Commons,
                446 Route 35, Building C,    Eatontown, NJ 07724-4290
14029231      +Schachter Portnoy, LLC,    3490 U.S. Route 1,    Princeton, NJ 08540-5920
14029232       Shahid B. Meer, MD,    P.O Box 1037,    Pennington, NJ 08534-1037
14029234      +Stern & Eisenberg, P.C.,    1040 N. Kings Highway, Suite 407,    Cherry Hill, NJ 08034-1925
14029235       Sunrise Credit Services, Inc.,    P.O. Box 9100,    Farmingdale, NY 11735-9100
14029236      +Suntrust/Greensky/THD,    1797 NE Expressway,    Atlanta, GA 30329-7803
14029238       T-Mobile,    P.O. Box 373380,    Albuquerque, NM 87176-7380
14029239      +Terminix,    795 Roble Road, Suite 7,    Allentown, PA 18109-9147
14029241      +The Law Offices Of William B. Callahan,    1800 East High Street, Suite 150,
                Pottstown PA 19464-3227
14029240      +The Law Offices of William B. Callahan,    1800 E. High Street,    Pottstown, PA 19464-3239
14029242      +Torres Credit Services, Inc.,    27 Fairview Street,    P.O. Box 189,    Carlisle, PA 17013-0189
14029244       Universal Fidelity, LP,    P.O. Box 219785,    Houston, TX 77218-9785
14029245       Vacation Village at Parkway,    P.O. Box 350547,    Fort Lauderdale, FL 33335-0547
14029246       Vacation Village at Parkway,    PO Box 405947,    Atlanta, GA 30384-5947
14029248      +Zachary Zawarski, Esq.,    3001 Easton Avenue,    Bethlehem, PA 18017-4207

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Feb 07 2018 02:06:33      Dun & Bradstreet, INC,
                3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 07 2018 02:06:09
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 07 2018 02:06:38      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14029107      +E-mail/Text: bk.notices@a1collectionagency.com Feb 07 2018 02:06:55      A-1 Collection Agency,
                715 Horizon Drive,    Grand Junction, CO 81506-8700
14029111       E-mail/Text: EBNProcessing@afni.com Feb 07 2018 02:06:31      AFNI, Inc.,    404 Brock Drive,
                P.O. Box 3517,    Bloomington, IL 61702-3517
14029119       E-mail/Text: ebn@americollect.com Feb 07 2018 02:06:30      Americollect Inc.,
                Attn: Bankruptcy Dept.,    P.O. Box 1566,    Manitowoc, WI 54221
14029121       E-mail/Text: ebn@americollect.com Feb 07 2018 02:06:30      Americollect, Inc.,   P.O. Box 1566,
                Manitowoc, WI 54221-1566
14029126       E-mail/Text: legal@arsnational.com Feb 07 2018 02:06:05      ARS National Services, Inc.,
                P.O. Box 463023,    Escondido, CA 92046-3023
14029130       E-mail/Text: g20956@att.com Feb 07 2018 02:06:57      AT&T Mobility,    P.O. Box 537104,
                Atlanta, GA 30353-7104
14029113       E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2018 02:05:58      Ally Financial,
                P.O. Box 380901,    Bloomington, MN 55438-0901
14029114       E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2018 02:05:58      Ally Financial,
                PO Box 380902,    Bloomington, MN 55438-0902
14042308       E-mail/Text: ally@ebn.phinsolutions.com Feb 07 2018 02:05:58      Ally Financial,
                PO Box 130424,    Roseville MN 55113-0004
14029118      +E-mail/Text: bkrpt@retrievalmasters.com Feb 07 2018 02:06:24
                American Medical Collection Agency,    4 Westchester Plaza, Building 4,
                Elsmford, NY 10523-1615
14029122       E-mail/Text: bsimmons@amsher.com Feb 07 2018 02:06:55      Amsher Collection Services, Inc.,
                600 Beacon Pkwy W, Suite 300,    Birmingham, AL 35209-3114
```

```
District/off: 0313-4          User: Violet               Page 3 of 4                  Date Rcvd: Feb 06, 2018
                              Form ID: 152               Total Noticed: 156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14029133       E-mail/Text: banko@berkscredit.com Feb 07 2018 02:06:03     Berks Credit & Collections, Inc.,
                 P.O. Box 329,    Temple, PA 19560-0329
14029141      +E-mail/Text: bankruptcynotices@cbecompanies.com Feb 07 2018 02:06:37     CBE Group,
                 1309 Technology Pkwy,    Cedar Falls, IA 50613-6976
14029149       E-mail/Text: ebn@mycps.com Feb 07 2018 02:06:39     CPS Security,    P.O. Box 35,
                 Kingsbury, TX 78638-0035
14029153       E-mail/Text: bankruptcy@cunj.org Feb 07 2018 02:06:06     Credit Union of New Jersey,
                 1035 Parkway Ave.,    Trenton, NJ 08625
14029152       E-mail/Text: bankruptcy@cunj.org Feb 07 2018 02:06:06     Credit Union of New Jersey,
                 7 Dunmore Ave.,    Ewing, NJ 08618
14029135      +E-mail/Text: clientrep@capitalcollects.com Feb 07 2018 02:07:03     Capital Collection Service,
                 P.O. Box 150,    West Berlin, NJ 08091-0150
14029137       E-mail/Text: cms-bk@cms-collect.com Feb 07 2018 02:06:04     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
14029140      +E-mail/Text: bkr@cardworks.com Feb 07 2018 02:05:57     Carson Smithfield LLC,    P.O. Box 9216,
                 Old Bethpage, NY 11804-9016
14030101      +E-mail/Text: bankruptcy@cavps.com Feb 07 2018 02:06:34     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14029143      +E-mail/Text: bankruptcy@certifiedcollection.com Feb 07 2018 02:06:06
                 Certified Credit & Collection Bureau,    P.O. Box 336,    Raritan, NJ 08869-0336
14029150      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 07 2018 02:07:01     Credit Coll,
                 Po Box 9136,    Needham, MA 02494-9136
14029151      +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 07 2018 02:07:01
                 Credit Collections Services,    Two Wells Avenue, Dept. 9134,    Newton, MA 02459-3225
14029155      +E-mail/Text: bankruptcynotices@dcicollect.com Feb 07 2018 02:06:57
                 Diversified Consultants, Inc.,    P.O. Box 551268,    Jacksonville, FL 32255-1268
14029159      +E-mail/Text: bknotice@ercbpo.com Feb 07 2018 02:06:28     Enhanced Recovery Corp.,
                 Attn: Bankruptcy Dept.,    8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
14029163      +E-mail/Text: administration@gatestoneco.com Feb 07 2018 02:06:06     Gatestone,
                 P.O. Box 101928,    Dept. 4947A,    Birmingham, AL 35210-6928
14029165       E-mail/Text: RMOpsSupport@alorica.com Feb 07 2018 02:06:32
                 Global Receivables Solutions, Inc.,    PO Box 790113,    St. Louis, MO 63179-0113
14029171      +E-mail/Text: jmoreno@hillcrestdavidson.com Feb 07 2018 02:06:05     Hillcrest Davidson,
                 715 N. Glenville Dr. Ste. 450,    Richardson, TX 75081-2898
14029173       E-mail/Text: cio.bncmail@irs.gov Feb 07 2018 02:06:01     Internal Revenue Service,
                 Centralized Insolvency Operation,    P.O. Box 7346,    Philadelphia, PA 19101-7346
14029175       E-mail/Text: BKRMailOPS@weltman.com Feb 07 2018 02:06:06     Kay Jewelers,    PO Box 740425,
                 Cincinnati, OH 45274-0425
14029184      +E-mail/PDF: resurgentbknotifications@resurgent.com Feb 07 2018 02:17:04     LVNV Funding LLC,
                 15 South Main Street,    Greenville, SC 29601-2743
14029186       E-mail/Text: camanagement@mtb.com Feb 07 2018 02:06:05     M&T Bank,    P.O. Box 1288,
                 Buffalo, NY 14240-1288
14029190       E-mail/Text: bknotices@mbandw.com Feb 07 2018 02:06:37     McCarthy , Burgess & Wolff,
                 The MB&W Building,    2600 Cannon Road,    Cleveland, OH 44146
14029193      +E-mail/Text: bkr@cardworks.com Feb 07 2018 02:05:57     Merrick Bank,    Attn: Bankruptcy Dept.,
                 P.O. Box 9201,    Old Bethpage, NY 11804-9001
14029199      +E-mail/Text: egssupportservices@alorica.com Feb 07 2018 02:06:32
                 NCO Financial Systems, Inc.,    507 Prudential Rd.,    Horsham, PA 19044-2308
14029197      +E-mail/Text: Bankruptcies@nragroup.com Feb 07 2018 02:07:02     National Recovery Agency,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
14036758       E-mail/PDF: cbp@onemainfinancial.com Feb 07 2018 02:09:26     ONEMAIN,    P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14029203       E-mail/PDF: cbp@onemainfinancial.com Feb 07 2018 02:09:18     Onemain Financial,
                 Attn: Bankruptcy Dept.,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
14029208       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2018 02:17:16
                 Portfolio Recovery Associates,    120 Corporate Blvd.,    Norfolk, VA 23502
14050931       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2018 02:17:11
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14029332      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 07 2018 02:17:22
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14029229      +E-mail/Text: bkrpt@retrievalmasters.com Feb 07 2018 02:06:24     RMCB,
                 4 Westchester Plaza, Ste. 110,    Elmsford, NY 10523-3835
14029228       E-mail/Text: bkrpt@retrievalmasters.com Feb 07 2018 02:06:24     RMCB,    PO Box 1235,
                 Elmsford, NY 10523-0935
14029223      +E-mail/Text: Supportservices@receivablesperformance.com Feb 07 2018 02:06:59
                 Receivables Performance Management,    20816 44th Ave. W,    Lynnwood, WA 98036-7744
14029225      +E-mail/Text: bkrpt@retrievalmasters.com Feb 07 2018 02:06:24
                 Retrieval Masters Creditors Bureau, Inc.,    4 Westchester Plaza, Suite 110,
                 Elmsford, NY 10523-1616
14049607       E-mail/Text: appebnmailbox@sprint.com Feb 07 2018 02:06:23     Sprint Corp,
                 Attention Bankruptcy,    PO Box 7949,    Overland Park, KS 66207-0949
14029233       E-mail/Text: bankruptcy@sw-credit.com Feb 07 2018 02:06:25     Southwest Credit,
                 4120 International Parkway, Suite 1100,    Carrollton, TX 75007-1958
14029237       E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2018 02:09:26     Synchrony Bank,
                 Attn: Bankruptcy Dept.,    P.O. Box 965060,    Orlando, FL 32896-5060
14029434      +E-mail/PDF: gecsedi@recoverycorp.com Feb 07 2018 02:09:26     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
```

```
District/off: 0313-4         User: Violet              Page 4 of 4              Date Rcvd: Feb 06, 2018
                             Form ID: 152              Total Noticed: 156
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14033586        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 07 2018 02:09:21     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    PO Box 248848,    Oklahoma City, OK  73124-8848
14029243       +E-mail/Text: bnc@alltran.com Feb 07 2018 02:05:59      United Recovery Systems, LP,
                 5800 North Course Drive,    Houston, TX 77072-1613
14029247        E-mail/Text: BKRMailOps@weltman.com Feb 07 2018 02:06:29      Weltman, Weinberg & Reis Co., LPA,
                 325 Chestnut Street, Suite 501,    Philadelphia, PA 19106-2605
                                                                                               TOTAL: 55

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14029125*      +AR Resources, Inc.,    P.O. Box 1056,    Blue Bell, PA 19422-0287
14029188*     ++CONTINENTAL FINANCE COMPANY LLC,     PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court: MABT/Contfin,     121 Continental Drive, Suite 1,    Newark, DE 19713)
14030102*      +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
14029112      ##+Allied Interstate, LLC,    P.O. Box 4000,    Warrenton, VA 20188-4000
14029168      ##+Hamilton Cardiology Associates PA,     P.O. Box 3448,    Merceville, NJ 08619-0448
14029219      ##+Progressive Physician Associates,     P.O. Box 4338,    Columbus, HA 31914-0338
14029222      ##+Receivable Management Services Corp.,     4836 Brecksville Road,    P.O. Box 509,
                 Richfield, OH 44286-0509
14029227       ##Riexinger & Associates, LLC,    P.O. Box 956188,    Duluth, GA 30095-9504
                                                                                             TOTALS: 0, * 4, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 6, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              ZACHARY   ZAWARSKI    on behalf of Debtor Terrence Peter Pacheco zzawarski@zawarskilaw.com
                                                                                             TOTAL: 5
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Terrence Peter Pacheco
    Debtor(s)

Case No: 17–18454–ref
Chapter: 13

___

## NOTICE OF RESCHEDULED HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Richard E. Fehling

, United States Bankruptcy Court 4/5/18 at 09:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

 

For The Court

Timothy B. McGrath
Clerk of Court

13
Form 152