**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TERRENCE PETER PACHECO | : | Case No. 17-18454-ref |
| Debtor | : | |
| | : | |

**NOTICE OF CHANGE OF ADDRESS**

The undersigned hereby gives Notice of Change of Address of Creditors and submits the following information:

| **OLD ADDRESS** | **NEW ADDRESS** |
|---|---|
| Law Offices of Mitchell N. Kay, P.C.<br>P.O. Box 9006<br>Smithtown, NY 11787-9006 | Law Offices of Mitchell N. Kay, P.C.<br>90 Main Street #308<br>Hackensack, NJ 07601 |
| Americollect Inc.<br>223 Mercury Way<br>Santa Rosa, CA 95407-5473 | Americollect Inc.<br>1851 Alverno Road<br>Manitowoc, WI 54220 |
| Princeton Healthcare System<br>P.O. Box 41309<br>Nashville, TN 37204-1309 | Princeton Healthcare System<br>1 Plainsboro Road<br>Plainsboro, NJ 08536 |
| Princeton ER Physicians<br>P.O. Box 8507<br>Princeton, NJ 08543-8507 | Princeton ER Physicians<br>1 Plainsboro Road<br>Plainsboro, NJ 08536 |
| Allied Interstate, LLC<br>P.O. Box 4000<br>Warrenton, VA 20188 | Allied Interstate, LLC<br>P.O. Box 361477<br>Columbus, OH 43236 |
| Hamilton Cardiology Associates PA<br>P.O. Box 3448<br>Merceville, NJ 08619 | Hamilton Cardiology Associates PA<br>2073 Klockner Road<br>Hamilton Township, NJ 08690 |

| | |
|---|---|
| Progressive Physician Associates<br>P.O. Box 4338<br>Columbus, HA 31914-4338 | Progressive Physician Associates<br>95 Highland Ave. Ste. 130<br>Bethlehem, PA 18017 |
| Receivable Management Services Corp.<br>4836 Brecksville Road<br>P.O. Box 509<br>Richfield, OH 44286 | Receivable Management Services Corp.<br>240 Emery Street<br>Bethlehem, PA 18015-1980 |
| Riexinger & Associates, LLC<br>P.O. Box 956188<br>Duluth, GA 30095-9504 | Riexinger & Associates, LLC<br>3100 Breckinridge Blvd # 722<br>Duluth, GA 30096 |
| ADT Security Services<br>14200 E. Exposition Ave.<br>Aurora, CO 80012-2540 | ADT Security Services<br>1501 Yamato Road<br>Boca Raton, FL 33431-4438 |
| Nationwide Credit, Inc.<br>4700 Vestal Parkway East<br>Vestal, NY 13850-3770 | Nationwide Credit, Inc.<br>P.O. Box 14581<br>Des Moines, IA 50306-3581 |

The undersigned further certifies that Debtor's Notice of Bankruptcy Case was mailed to the creditor's new mailing address on the date this Notice is filed with the court.

Date: February 14, 2018          By: */s/ Zachary Zawarski*
ZACHARY ZAWARSKI, ESQUIRE
3001 Easton Avenue
Bethlehem, PA 18017
Phone: (610) 417-6345
Fax: (610) 465-9790
zzawarski@zawarskilaw.com
Attorney ID No.: 308348
Attorney for Debtor