United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Terrence Peter Pacheco  
    Debtor

Case No. 17-18454-ref  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Lisa | Page 1 of 1 | Date Rcvd: Feb 12, 2018 |
|---|---|---|---|
| | Form ID: trc | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 14, 2018.  
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
14036758       E-mail/PDF: cbp@onemainfinancial.com Feb 13 2018 01:43:58    ONEMAIN,  P.O. BOX 3251, EVANSVILLE, IN 47731-3251
                                                                                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                           TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 14, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 9, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        ZACHARY  ZAWARSKI    on behalf of Debtor Terrence Peter Pacheco zzawarski@zawarskilaw.com
                                                                                                                                                                        TOTAL: 5

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-18454-ref
Chapter 13

In re: Debtor(s) (including Name and Address)

Terrence Peter Pacheco
1641 Stanford Road
Bethlehem PA 18018

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/09/2018.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 3: ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 | PRA Receivables Management LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  02/14/18

Tim McGrath
**CLERK OF THE COURT**