## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Terrence Peter Pacheco fdba T&A Pacheco<br>                            Debtor | |
| | CHAPTER 13 |
| LAKEVIEW LOAN SERVICING LLC, its successors and/or assigns<br>                            Movant<br>              vs. | |
| | NO. 17-18454 REF |
| Terrence Peter Pacheco fdba T&A Pacheco<br>                            Debtor | |
| Frederick L. Reigle Esq.<br>                            Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Objection to Confirmation of LAKEVIEW LOAN SERVICING LLC, which was filed with the Court on or about **February 12, 2018**  Document No. 16.

          Respectfully submitted,

          **/s/ Rebecca A. Solarz, Esquire**
          Rebecca A. Solarz, Esquire
          rsolarz@kmllawgroup.com
          KML Law Group, P.C.
          BNY Mellon Independence Center
          701 Market Street, Suite 5000
          Philadelphia, PA  19106
          215-627-1322

April 10, 2018