## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  TERRENCE PETER PACHECO      Case No. 17-18454 ref
             Debtor                               Chapter 13
                                                 HEARING: June 19 2018

### NOTICE OF MOTION, RESPONSE DEADLINE
### AND HEARING DATE OF JUNE 19, 2018 AT 9:30 AM

Credit Union of New Jersey has filed with the US Bankruptcy Court a Motion for Relief from Stay Regarding a 2010 Chevrolet Suburban K1500 Motor Vehicle

**<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with an attorney.)**

1. If you do not want the Court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then **on or before JUNE 12, 2018,** you or your attorney must do BOTH of the following things:

     (a) **FILE AN ANSWER** explaining your position at:
                   Clerk, United States Bankruptcy Court
                        The Madison Building
                 400 Washington Street, Suite 300
                           Reading, PA 19601

If you mail your answer to the Bankruptcy Court Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above;
**AND**    (b) **MAIL A COPY** of the documents to the Movant's attorney:
                         William B. Callahan, Esquire
                 1800 East High Street, Suite 150
                          Pottstown, PA 19464
                       Telephone No. 484.680.0552
                       Facsimile No. 610.906.1575

2. If you or your attorney do not take these steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. **A HEARING ON THE MOTION** is scheduled to be held before the Hon. Richard E. Fehling on **JUNE 19, 2018 AT 9:30 AM** United States Bankruptcy Court, The Madison Building, 400 Washington Street, Suite 300, Reading, PA 19601

4. If a copy of the Motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Court Clerk's office at (610) 208-5044 to find out whether the hearing has been canceled because no one filed an answer.

DATE: May 29, 2018