# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  TERRENCE PETER PACHECO      Case No. 17-18454 ref
          Debtor     Chapter 13
    HEARING: June 19, 2018

### ORDER APPROVING STIPULATION Re: MOTOR VEHICLE

AND NOW, the Court having reviewed the Stipulation signed by the parties and the Trustee, it is hereby ORDERED, effective immediately:

The Stipulation, as to a certain motor vehicle owned by Debtor, more particularly described as a 2010 Chevrolet Suburban Kl500, is hereby APPROVED.

BY THE COURT:

**Date: July 12, 2018**

_____
Bankruptcy Judge

**Interested Parties:**

William B. Callahan, Esquire
Law Offices of William B. Callahan
1800 East High Street, Suite 150
Pottstown, PA 19464

Frederick L. Reigle, Trustee
PO Box 4010
Reading, PA 19606

Zachary Zawarski
3001 Easton Avenue
Bethlehem, PA 18017