United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Terrence Peter Pacheco  
    Debtor

Case No. 17-18454-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Lisa     Page 1 of 1     Date Rcvd: Jul 12, 2018  
                            Form ID: pdf900     Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2018.
```
db            #+Terrence Peter Pacheco,    1641 Stanford Road,    Bethlehem, PA 18018-1767
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: bankruptcy@cunj.org Jul 13 2018 01:52:40     Credit Union of New Jersey,
                  1301 Parkway Avenue,    PO Box 7921,   Ewing, NJ   08828,    UNITED STATES
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 13 2018 02:01:30
                  PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jul 13 2018 02:01:13      Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2018                                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2018 at the address(es) listed below:
```
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM B. CALLAHAN    on behalf of Creditor    Credit Union of New Jersey bill@billcallahanlaw.com
              ZACHARY  ZAWARSKI    on behalf of Debtor Terrence Peter Pacheco zzawarski@zawarskilaw.com
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In Re:  TERRENCE PETER PACHECO      Case No. 17-18454 ref
             Debtor      Chapter 13
                             HEARING: June 19, 2018

**ORDER APPROVING STIPULATION Re: MOTOR VEHICLE**

AND NOW, the Court having reviewed the Stipulation signed by the parties and the Trustee, it is hereby ORDERED, effective immediately:

The Stipulation, as to a certain motor vehicle owned by Debtor, more particularly described as a 2010 Chevrolet Suburban Kl 500, is hereby APPROVED.

BY THE COURT:

**Date: July 12, 2018**

_____
Bankruptcy Judge

**Interested Parties:**

William B. Callahan, Esquire
Law Offices of William B. Callahan
1800 East High Street, Suite 150
Pottstown, PA 19464

Frederick L. Reigle, Trustee
PO Box 4010
Reading, PA 19606

Zachary Zawarski
3001 Easton Avenue
Bethlehem, PA 18017