## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Terrence Peter Pacheco fdba T&A Pacheco<br>    Debtor<br><br>LAKEVIEW LOAN SERVICING LLC<br>    Movant<br>  vs.<br><br>Terrence Peter Pacheco fdba T&A Pacheco<br>    Respondent | CHAPTER 13<br><br><br><br>NO. 17-18454 REF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection of LAKEVIEW LOAN SERVICING LLC to Confirmation of Chapter 13 Plan, which was filed with the Court on or about February 12, 2018 (Document No. 16).

           Respectfully submitted,

           **/s/ Rebecca A. Solarz, Esquire**
           Rebecca A. Solarz, Esquire
           Attorney for Movant
           KML Law Group, P.C.
           BNY Mellon Independence Center
           701 Market Street, Suite 5000
           Philadelphia, PA  19106
           Main Line: 215-627-1322

August 14, 2018