**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TERRENCE PETER PACHECO | : | Case No. 17-18454-ref |
| Debtor | : | |
| | : | |

**CERTIFICATE OF SERVICE**

    I, Zachary Zawarski, Esquire, Attorney for Debtor, hereby certify that a true and correct copy of Debtor's Second Amended Chapter 13 Plan was served on this 14th day of August, 2018, via U.S. First-Class Mail, postage prepaid, and/or electronic mail to the email addresses registered with the court's CM/ECF system to the following secured and priority creditors:

KML Law Group
Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
*Attorney for Lakeview Loan Servicing LLC*

The Law Offices of William B. Callahan
1800 E. High Street
Pottstown PA 19464
*Attorney for Credit Union of New Jersey*

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia PA 19101-7346

Keystone Collections Group
546 Wendel Road
Irwin PA 15642

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: <u>August 14, 2018</u>    By:    <u>*/s/ Zachary Zawarski*</u>
                                                      ZACHARY ZAWARSKI, ESQUIRE
                                                      3001 Easton Avenue
                                                      Bethlehem, PA 18017
                                                      Phone: (610) 417-6345
                                                      Fax: (610) 465-9790
                                                      zzawarski@zawarskilaw.com
                                                      Attorney ID No. 308348
                                                      Attorney for Debtor