**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TERRENCE PETER PACHECO | : | Bankruptcy No.  17-18454-ref |
| Debtor | : | |

**<u>CERTIFICATE OF NO ANSWER OR OBJECTION REGARDING THE APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES</u>**

AND NOW, this 17th day of October, 2018, Zachary Zawarski, Esquire, Attorney for Debtor, in the above-captioned bankruptcy proceeding, certifies as follows:

1. On September 25, 2018, he filed an Application for Compensation and Reimbursement of Expenses, as Attorney for Debtor.

2. Notice was served on the U.S. Trustee and all parties in interest as previously certified on September 25, 2018.

3. To date, he has received no answer or objection to the Application for Compensation and Reimbursement of Expenses.

WHEREFORE, Zachary Zawarski, Esquire, Attorney for Debtor, requests this Honorable Court enter the Order which was attached to the Application.

Dated: <u>10/17/2018</u>          By:     */s/ Zachary Zawarski*
                                         ZACHARY ZAWARSKI, ESQUIRE
                                         3001 Easton Avenue
                                         Bethlehem, PA 18017
                                         Phone: (610) 417-6345
                                         Fax: (610) 465-9790
                                         zzawarski@zawarskilaw.com
                                         Attorney ID No.: 308348
                                         Attorney for Debtor