# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TERRENCE PETER PACHECO | : | Bankruptcy No.  17-18454-ref |
| Debtor | : | |

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTOR

Upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by counsel for Debtor, Zachary Zawarski, Esquire, in the amount of THREE THOUSAND and xx/100 Dollars ($3,000.00), of which ONE THOUSAND ONE HUNDRED NINETY and xx/100 Dollars ($1,190.00) has been paid and ONE THOUSAND EIGHT HUNDRED TEN and xx/100 Dollars ($1,810.00) is unpaid, and the expenses charged in the amount of ONE HUNDRED FORTY-SIX and 45/100 Dollars ($146.45), are hereby approved.

**Date: October 22, 2018**

BY THE COURT:

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE