United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-18454-ref
Terrence Peter Pacheco                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: dlv              Page 1 of 1              Date Rcvd: Oct 22, 2018
                             Form ID: pdf900         Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2018.
db              #+Terrence Peter Pacheco,    1641 Stanford Road,    Bethlehem, PA 18018-1767

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: bankruptcy@cunj.org Oct 23 2018 02:37:13     Credit Union of New Jersey,
                1301 Parkway Avenue,    PO Box 7921,    Ewing, NJ  08628,   UNITED STATES
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 23 2018 02:43:59
                PRA  Receivables Management LLC,    POB 41067,   Norfolk, VA 23541-1067
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2018 02:43:41     Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 3

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2018                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 22, 2018 at the address(es) listed below:
        FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
        REBECCA ANN SOLARZ    on behalf of Creditor   Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
        WILLIAM B. CALLAHAN    on behalf of Creditor   Credit Union of New Jersey bill@billcallahanlaw.com
        ZACHARY  ZAWARSKI    on behalf of Debtor Terrence Peter Pacheco zzawarski@zawarskilaw.com
                                                                                        TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TERRENCE PETER PACHECO | : | Bankruptcy No.  17-18454-ref |
| Debtor | : | |

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTOR

Upon consideration of the Application by Debtor's Chapter 13 Counsel Pursuant to Local

Rule 2016-2A, for compensation and reimbursement of expenses, and in the absence of

objection, and good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the compensation charged by

counsel for Debtor, Zachary Zawarski, Esquire, in the amount of THREE THOUSAND and

xx/100 Dollars ($3,000.00), of which ONE THOUSAND ONE HUNDRED NINETY and

xx/100 Dollars ($1,190.00) has been paid and ONE THOUSAND EIGHT HUNDRED TEN and

xx/100 Dollars ($1,810.00) is unpaid, and the expenses charged in the amount of ONE

HUNDRED FORTY-SIX and 45/100 Dollars ($146.45), are hereby approved.

**Date: October 22, 2018**

BY THE COURT:

_____

RICHARD E. FEHLING
BANKRUPTCY JUDGE