| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-18454-PMM**

TERRENCE PETER PACHECO
1641 STANFORD ROAD
BETHLEHEM PA 18018

Petition Filed Date: 12/16/2017
341 Hearing Date: 01/30/2018
Confirmation Date: 09/20/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/2020 | $260.00 | | 02/26/2020 | $260.00 | | 03/26/2020 | $260.00 | |
| 04/27/2020 | $260.00 | | 05/27/2020 | $260.00 | | 06/26/2020 | $260.00 | |
| 07/27/2020 | $260.00 | | 08/26/2020 | $260.00 | | 09/28/2020 | $260.00 | |
| 10/26/2020 | $260.00 | | 11/30/2020 | $260.00 | | 12/29/2020 | $260.00 | |
| 01/26/2021 | $260.00 | | 03/01/2021 | $260.00 | | 03/26/2021 | $260.00 | |
| 04/26/2021 | $260.00 | | 05/26/2021 | $260.00 | | | | |

**Total Receipts for the Period: $4,420.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $10,660.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 »» 05S | CREDIT UNION OF NEW JERSEY | Secured Creditors | $2,472.56 | $1,035.57 | $1,436.99 |
| 5 »» 05U | CREDIT UNION OF NEW JERSEY | Unsecured Creditors | $8,513.03 | $0.00 | $8,513.03 |
| 2 »» 002 | AMERICAN INFOSOURCE LP | Unsecured Creditors | $1,343.41 | $0.00 | $1,343.41 |
| 7 »» 007 | ALLY FINANCIAL | Unsecured Creditors | $10,958.63 | $0.00 | $10,958.63 |
| 13 »» 013 | AT&T MOBILITY II LLC C/O AT&T SERVICES | Unsecured Creditors | $854.49 | $0.00 | $854.49 |
| 1 »» 001 | CAVALRY INVESTMENTS LLC | Unsecured Creditors | $16,566.96 | $0.00 | $16,566.96 |
| 8 »» 008 | DEPARTMENT STORE NATIONAL BANK | Unsecured Creditors | $796.49 | $0.00 | $796.49 |
| 6 »» 06P | UNITED STATES TREASURY (IRS) | Priority Creditors | $3,048.81 | $3,048.81 | $0.00 |
| 6 »» 06U | UNITED STATES TREASURY (IRS) | Unsecured Creditors | $136.86 | $0.00 | $136.86 |
| 14 »» 014 | KEYSTONE COLLECTIONS GROUP | Priority Creditors | $1,147.80 | $1,147.80 | $0.00 |
| 15 »» 015 | KEYSTONE COLLECTIONS GROUP | Priority Creditors | $1,147.77 | $1,147.77 | $0.00 |
| 12 »» 012 | M&T BANK | Mortgage Arrears | $2,831.43 | $1,185.86 | $1,645.57 |
| 9 »» 009 | NEW JERSEY TURNPIKE COMMISSION | Unsecured Creditors | $1,114.00 | $0.00 | $1,114.00 |
| 4 »» 004 | PPL ELECTRIC UTILITIES | Unsecured Creditors | $2,677.96 | $0.00 | $2,677.96 |

**Chapter 13 Case No. 17-18454-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $427.96 | $0.00 | $427.96 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $13,028.29 | $0.00 | $13,028.29 |
| 10 | SPRINT<br>»» 010 | Unsecured Creditors | $1,739.56 | $0.00 | $1,739.56 |
| 16 | ZACHARY ZAWARSKI ESQ<br>»» 016 | Attorney Fees | $1,956.45 | $1,956.45 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $10,660.00 | | Current Monthly Payment: | $260.00 |
| Paid to Claims: | $9,522.26 | | Arrearages: | $0.00 |
| Paid to Trustee: | $903.74 | | Total Plan Base: | $15,600.00 |
| Funds on Hand: | $234.00 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.