**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TERRENCE PETER PACHECO | : | Case No.  17-18454-pmm |
| Debtor | : | |
| | : | |

**NOTICE OF CHANGE OF ADDRESS**

The undersigned hereby gives Notice of Change of Address of Debtor, TERRENCE PETER PACHECO, and submits the following information:

Prior Address:        Terrence Peter Pacheco
                     1641 Stanford Road
                     Bethlehem, PA 18018

Current Address:     Terrence Peter Pacheco
                     5163 Springridge Drive
                     East Macungie, PA 18062

Date: June 15, 2022            By:  */s/ Zachary Zawarski*
                                    ZACHARY ZAWARSKI, ESQUIRE
                                    3001 Easton Avenue
                                    Bethlehem, PA 18017
                                    Phone: (610) 417-6345
                                    Fax: (610) 465-9790
                                    zzawarski@zawarskilaw.com
                                    Attorney ID No. 308348
                                    Attorney for Debtor