| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-18454-PMM

TERRENCE PETER  PACHECO  
5163 SPRINGRIDGE DRIVE  
BETHLEHENM  PA    18062

Petition Filed Date: 12/16/2017  
341 Hearing Date: 01/30/2018  
Confirmation Date: 09/20/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/26/2021 | $260.00 | | 05/26/2021 | $260.00 | | 06/28/2021 | $260.00 | |
| 07/26/2021 | $260.00 | | 08/26/2021 | $260.00 | | 09/28/2021 | $260.00 | |
| 10/26/2021 | $260.00 | | 11/29/2021 | $260.00 | | 12/28/2021 | $260.00 | |
| 01/26/2022 | $260.00 | | 03/01/2022 | $260.00 | | 06/16/2022 | $780.00 | |
| 07/29/2022 | $260.00 | | | | | | | |

**Total Receipts for the Period:  $3,900.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $14,040.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | CREDIT UNION OF NEW JERSEY<br>»» 05S | Secured Creditors | $2,472.56 | $2,472.56 | $0.00 |
| 5 | CREDIT UNION OF NEW JERSEY<br>»» 05U | Unsecured Creditors | $8,513.03 | $0.00 | $8,513.03 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $1,343.41 | $0.00 | $1,343.41 |
| 7 | ALLY FINANCIAL<br>»» 007 | Unsecured Creditors | $10,958.63 | $0.00 | $10,958.63 |
| 13 | AT&T MOBILITY II LLC C/O AT&T SERVICES<br>»» 013 | Unsecured Creditors | $854.49 | $0.00 | $854.49 |
| 1 | CAVALRY SPV INVESTMENTS LLC<br>»» 001 | Unsecured Creditors | $16,566.96 | $0.00 | $16,566.96 |
| 8 | DEPARTMENT STORE NATIONAL BANK<br>»» 008 | Unsecured Creditors | $796.49 | $0.00 | $796.49 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06P | Priority Crediors | $3,048.81 | $3,048.81 | $0.00 |
| 6 | UNITED STATES TREASURY (IRS)<br>»» 06U | Unsecured Creditors | $136.86 | $0.00 | $136.86 |
| 14 | KEYSTONE COLLECTIONS GROUP<br>»» 014 | Priority Crediors | $1,147.80 | $1,147.80 | $0.00 |
| 15 | KEYSTONE COLLECTIONS GROUP<br>»» 015 | Priority Crediors | $1,147.77 | $1,147.77 | $0.00 |
| 12 | M&T BANK<br>»» 012 | Mortgage Arrears | $2,831.43 | $2,831.43 | $0.00 |
| 9 | NEW JERSEY TURNPIKE COMMISSION<br>»» 009 | Unsecured Creditors | $1,114.00 | $0.00 | $1,114.00 |
| 4 | PPL ELECTRIC UTILITIES<br>»» 004 | Unsecured Creditors | $2,677.96 | $0.00 | $2,677.96 |

**Chapter 13 Case No. 17-18454-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 011 | Unsecured Creditors | $427.96 | $0.00 | $427.96 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $13,028.29 | $0.00 | $13,028.29 |
| 10 | SPRINT<br>»» 010 | Unsecured Creditors | $1,739.56 | $0.00 | $1,739.56 |
| 16 | ZACHARY ZAWARSKI ESQ<br>»» 016 | Attorney Fees | $1,956.45 | $1,956.45 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $14,040.00 | Current Monthly Payment: | $260.00 |
| Paid to Claims: | $12,604.82 | Arrearages: | $260.00 |
| Paid to Trustee: | $1,194.94 | Total Plan Base: | $15,600.00 |
| Funds on Hand: | $240.24 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.