**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TERRENCE PETER PACHECO | : | Case No.  17-18454-pmm |
| Debtor | : | |
| | : | |

## <u>ORDER</u>

Upon consideration of Debtor's Motion to Extend Time, **IT IS ORDERED** that Debtor's

Motion is **GRANTED**.  Debtor shall file a certificate regarding domestic support obligations

pursuant to 11 U.S.C. § 1328(a) by  April 12              , 2023.  Debtor shall file a

statement regarding competition of an instructional course concerning personal financial

management by   April 12              , 2023.


BY THE COURT:

Dated: 3/27/23

_Patricia M. Mayer_
_____
PATRICIA M. MAYER
United States Bankruptcy Judge