Certificate Number: 17572-NJ-DE-037338920

Bankruptcy Case Number: 17-18454



17572-NJ-DE-037338920

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 11, 2023</u>, at <u>7:06</u> o'clock <u>PM PDT</u>, <u>Terrence Pacheco Jr</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>April 11, 2023</u>              By:   <u>/s/Benjamin E Wunsch</u>

                                      Name: <u>Benjamin E Wunsch</u>

                                      Title: <u>Counselor</u>