IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TERRENCE PETER PACHECO | : | Case No.  17-18454-pmm |
| Debtor | : | |
| | : | |

## ORDER

Upon consideration of Debtor's Motion to Extend Time, **IT IS ORDERED** that Debtor's Motion is **GRANTED**.  Debtor shall file a certificate regarding domestic support obligations pursuant to 11 U.S.C. § 1328(a) by April 26, 2023.

Dated: 4/13/23

BY THE COURT:

*Patricia M. Mayer*

PATRICIA M. MAYER
United States Bankruptcy Judge