**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**READING DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| TERRENCE PETER PACHECO | : | Case No. 17-18454-pmm |
| Debtor | : | |
| | : | |

**ORDER**

Upon consideration of Debtor's Motion to Extend Time, **IT IS ORDERED** that Debtor's Motion is **GRANTED**. Debtor shall file a certificate regarding domestic support obligations pursuant to 11 U.S.C. § 1328(a) by October 31, 2023.

BY THE COURT:

*Patricia M. Mayer*

Dated: 4/25/23

PATRICIA M. MAYER
United States Bankruptcy Judge