United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-18454-pmm

Terrence Peter Pacheco  Chapter 13

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 7
Date Rcvd: Oct 19, 2023    Form ID: 138OBJ    Total Noticed: 153

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrence Peter Pacheco, 5163 Springridge Drive, East Macungie, PA 18062-9577 |
| 14029109 | | Accounts Receivable Management, Inc., P.O. Box 129, Thorofare, NJ 08086-0129 |
| 14029112 | + | Allied Interstate, LLC, PO Box 361477, Columbus OH 43236-1477 |
| 14029115 | + | Amato Keating and Lessa, P.C., 107 N. Commerce Way, Suite 100, Bethlehem, PA 18017-8913 |
| 14029123 | + | Apothaker & Associates, P.C., 520 Fellowship Road C306, Mount Laurel, NJ 08054-3410 |
| 14029129 | | Assetmax, P.O. Box 190191, South Richmond Hill, NY 11419-0191 |
| 14029131 | + | Ayanna Claudia Pacheco, 1641 Stanford Road, Bethlehem, PA 18018-1767 |
| 14029134 | + | Brunswick Urgent Care, PA, 3185 Route 27, Franklin Park, NJ 08823-1313 |
| 14029149 | | CPS Security, P.O. Box 35, Kingsbury, TX 78638-0035 |
| 14029136 | + | Capital Health System, 750 Brunswick Ave., Trenton, NJ 08638-4143 |
| 14029145 | + | Collectech Systems, P.O. Box 361567, Columbus, OH 43236-1567 |
| 14041382 | + | Credit Union of New Jersey, Law Offices of William B. Callahan, 1800 East High Street, Suite 150, Pottstown, PA 19464-3227 |
| 14041239 | | Credit Union of New Jersey, 1307 Parkway Avenue, Ewing, NJ 08628-3010 |
| 14029158 | + | Emergency Medical Associates, P.O. Box 747, Livingston, NJ 07039-0747 |
| 14029166 | + | Greenspoon Marder, Trade Centre South Suite 700, 100 W. Cypress Creek Road, Fort Lauderdale, FL 33309-2181 |
| 14029169 | + | HDA Hamilton Dental Associates, 2929 Klockner Road, Hamilton Square, NJ 08690-2809 |
| 14029167 | + | Hamilton Cardiology Associates, PO Box 9955, Trenton, NJ 08650-2955 |
| 14029168 | + | Hamilton Cardiology Associates PA, 2073 Klockner Road, Hamilton Township NJ 08690-3414 |
| 14029170 | | Health Network Laboratories, 794 Roble Road, Allentown, PA 18109-9110 |
| 14029174 | | Jolly B Canlas MD, Attn 13169X, PO Box 14000, Belfast, ME 04915-4033 |
| 14029176 | + | Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14032789 | + | Lakeview Loan Servicing LLC, KML Law Group, P.C., 710 Market Street, Suite 5000, Philadelphia, PA 19106-2312 |
| 14029179 | + | Lakeview Loan Servicing LLC, 425 Phillips Blvd., Ewing, NJ 08618-1430 |
| 14029181 | | Law Enforcement Systems, LLC, Violations Processing Center, P.O. Box 2182, Milwaukee, WI 53201-2182 |
| 14029183 | | Linebarger, Goggan, Blair & Sampson, LLC, P.O. Box 90128, Harrisburg, PA 17109-0128 |
| 14029187 | | M&T Bank, P.O. Box 21264-2182, Buffalo, NY 14240-1288 |
| 14029188 | + | MABT/Contfin, 121 Continental Drive, Suite 1, Newark, DE 19713-4326 |
| 14029189 | + | Maurice & Needleman, P.C., 935 One Penn Center, 1617 John F. Kennedy Blvd., Philadelphia, PA 19103-1821 |
| 14029190 | | McCarthy , Burgess & Wolff, The MB&W Building, 2600 Cannon Road, Cleveland, OH 44146 |
| 14029191 | | Medical Imag. of Lehigh Valley, P.O. Box 3226, Allentown, PA 18106-0226 |
| 14029192 | | Mercy Diagnostics, Inc, 3109 Poplarwood Ct, Suite 302, Raleigh, NC 27604-1044 |
| 14029194 | | Michael Harrison, Esq., 3155 State Route 10, Suite 214, Denville, NJ 07834-3430 |
| 14029201 | | NJ E-ZPass Violation Processing Ctr., P.O. Box 52005, Newark, NJ 07101-8205 |
| 14029196 | | National Bond Collection, 210 Division Street, Kingston, PA 18704-2715 |
| 14029204 | + | OneMain Financial, PO Box 717, Getzville, NY 14068-0717 |
| 14029210 | | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14029205 | | Patient First, P.O. Box 758941, Baltimore, MD 21275-8941 |
| 14029209 | | Powell, Rogers & Speaks, Inc., PO Box 930, Halifax, PA 17032-0930 |
| 14029213 | | Princeton Anesthesia Services PC, P.O. Box 3405, Boston, MA 02241-0001 |

| Recip ID | | Recipient |
|---|---|---|
| 14029214 | + | Princeton ER Physicians, 1 Plainsboro Road, Plainsboro NJ 08536-1913 |
| 14029215 | + | Princeton Healthcare System, 1 Plainsboro Road, Plainsboro NJ 08536-1913 |
| 14029216 |   | Princeton Radiology, 3674 Route 27, Dept. B, Kendall Park, NJ 08824-1002 |
| 14029217 | + | Princeton Surgical Associates, 5 Plainsboro Road, Suite 400, Plainsboro, NJ 08536-1915 |
| 14029218 |   | Professional Account Management, LLC, P.O. Box 1153, Milwaukee, WI 53201-1153 |
| 14029219 | #+ | Progressive Physician Associates, 95 Highland Ave, Ste 130, Bethlehem PA 18017-9483 |
| 14029224 | + | Republic Services, 1200 N. Irving Street, Allentown, PA 18109-3321 |
| 14029226 | + | Richard J. Boudreau & Associates, LLC, 50 Tower Office Park, Woburn, MA 01801-2113 |
| 14029227 | + | Riexinger & Associates, LLC, 3100 Breckinridge Blvd #722, Duluth GA 30096-4985 |
| 14029230 | + | Rubin & Raine of New Jersey, LLC, P.O. Box 949, Cranberry Commons, 446 Route 35, Building C, Eatontown, NJ 07724-4290 |
| 14029231 |   | Schachter Portnoy, LLC, 3490 U.S. Route 1, Princeton, NJ 08540 |
| 14029232 |   | Shahid B. Meer, MD, P.O Box 1037, Pennington, NJ 08534-1037 |
| 14029236 | + | Suntrust/Greensky/THD, 1797 NE Expressway, Atlanta, GA 30329-7803 |
| 14029238 |   | T-Mobile, P.O. Box 373380, Albuquerque, NM 87176-7380 |
| 14029239 | + | Terminix, 795 Roble Road, Suite 7, Allentown, PA 18109-9147 |
| 14029242 | + | Torres Credit Services, Inc., 27 Fairview Street, P.O. Box 189, Carlisle, PA 17013-0189 |
| 14029244 |   | Universal Fidelity, LP, P.O. Box 219785, Houston, TX 77218-9785 |
| 14029246 |   | Vacation Village at Parkway, PO Box 405947, Atlanta, GA 30384-5947 |
| 14029245 |   | Vacation Village at Parkway, P.O. Box 350547, Fort Lauderdale, FL 33335-0547 |
| 14029248 | + | Zachary Zawarski, Esq., 3001 Easton Avenue, Bethlehem, PA 18017-4207 |

TOTAL: 59

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 20 2023 00:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 20 2023 00:11:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14029107 | + | Email/Text: bk.notices@a1collectionagency.com | Oct 20 2023 00:11:00 | A-1 Collection Agency, 715 Horizon Drive, Grand Junction, CO 81506-8726 |
| 14029110 |   | Email/Text: amscbankruptcy@adt.com | Oct 20 2023 00:11:00 | ADT Security Services, 1501 Yamato Road, Boca Raton FL 33431-4438 |
| 14029111 |   | Email/Text: EBNProcessing@afni.com | Oct 20 2023 00:11:00 | AFNI, Inc., 404 Brock Drive, P.O. Box 3517, Bloomington, IL 61702-3517 |
| 14029120 |   | Email/Text: ebn@americollect.com | Oct 20 2023 00:11:00 | Americollect Inc., 1851 Alverno Road, Manitowoc WI 54220 |
| 14029119 |   | Email/Text: ebn@americollect.com | Oct 20 2023 00:11:00 | Americollect Inc., Attn: Bankruptcy Dept., P.O. Box 1566, Manitowoc, WI 54221 |
| 14029121 |   | Email/Text: ebn@americollect.com | Oct 20 2023 00:11:00 | Americollect, Inc., P.O. Box 1566, Manitowoc, WI 54221-1566 |
| 14029124 |   | Email/Text: collectors@arresourcesinc.com | Oct 20 2023 00:11:00 | AR Resources, Inc, PO Box 1056, Blue Bell, PA 19422 |
| 14029126 |   | Email/Text: legal@arsnational.com | Oct 20 2023 00:11:00 | ARS National Services, Inc., P.O. Box 463023, Escondido, CA 92046-3023 |
| 14029127 |   | Email/Text: wwilde@aspennational.com | Oct 20 2023 00:11:00 | Aspen National Collections, 18110 Powell Road, Brooksville, FL 34604 |
| 14029130 |   | Email/Text: g20956@att.com | Oct 20 2023 00:11:00 | AT&T Mobility, P.O. Box 537104, Atlanta, GA 30353-7104 |
| 14058686 | + | Email/Text: g20956@att.com | Oct 20 2023 00:11:00 | AT&T Mobility II LLC, c/o AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ 07921-2693 |
| 14029108 | + | Email/Text: aargon@ebn.phinsolutions.com | Oct 20 2023 00:11:00 | Aargon Collection, 8668 Spring Mountain Road, |

Case 17-18454-pmm    Doc 85    Filed 10/21/23    Entered 10/22/23 00:31:23    Desc Imaged
                                Certificate of Notice    Page 3 of 8

| District/off: 0313-4 | User: admin | Page 3 of 7 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 138OBJ | Total Noticed: 153 |

| | | | | |
|---|---|---|---|---|
| | | | | Las Vegas, NV 89117-4132 |
| 14042308 | | Email/Text: ally@ebn.phinsolutions.com | Oct 20 2023 00:11:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14029113 | | Email/Text: ally@ebn.phinsolutions.com | Oct 20 2023 00:11:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14029114 | | Email/Text: ally@ebn.phinsolutions.com | Oct 20 2023 00:11:00 | Ally Financial, PO Box 380902, Bloomington, MN 55438-0902 |
| 14029116 | ^ | MEBN | Oct 20 2023 00:07:50 | American Coradius International, LLC, 2420 Sweet Home Road, Ste. 150, Amherst, NY 14228-2244 |
| 14029117 | | Email/Text: bncnotifications@pheaa.org | Oct 20 2023 00:11:00 | American Education Services, P.O. Box 2461, Harrisburg, PA 17105-2461 |
| 14029118 | + | Email/Text: bkrpt@retrievalmasters.com | Oct 20 2023 00:11:00 | American Medical Collection Agency, 4 Westchester Plaza, Building 4, Elsmford, NY 10523-1615 |
| 14029122 | | Email/Text: bsimmons@amsher.com | Oct 20 2023 00:11:00 | Amsher Collection Services, Inc., 600 Beacon Pkwy W, Suite 300, Birmingham, AL 35209-3114 |
| 14029128 | | Email/Text: wwilde@aspennational.com | Oct 20 2023 00:11:00 | Aspen National Collections, PO Box 10689, Brooksville, FL 34603-0689 |
| 14029132 | ^ | MEBN | Oct 20 2023 00:07:50 | Bay Area Credit Service, P.O. Box 467600, Atlanta, GA 31146-7600 |
| 14029133 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Oct 20 2023 00:11:00 | Berks Credit & Collections, Inc., P.O. Box 329, Temple, PA 19560-0329 |
| 14029141 | + | Email/Text: bankruptcynotices@cbecompanies.com | Oct 20 2023 00:11:00 | CBE Group, 1309 Technology Pkwy, Cedar Falls, IA 50613-6976 |
| 14029142 | | Email/Text: Bankruptcies@ccbcreditservices.net | Oct 20 2023 00:11:00 | CCB Credit Services, 5300 S. 6th Street, Springfield, IL 62703-5184 |
| 14029147 | | Email/Text: cfcbackoffice@contfinco.com | Oct 20 2023 00:11:00 | Continental Finance Company, LLC, P.O. Box 8099, Newark, DE 19714-8099 |
| 14029153 | | Email/Text: bankruptcy@cunj.org | Oct 20 2023 00:11:00 | Credit Union of New Jersey, 1035 Parkway Ave., Trenton, NJ 08625 |
| 14029152 | | Email/Text: bankruptcy@cunj.org | Oct 20 2023 00:11:00 | Credit Union of New Jersey, 7 Dunmore Ave., Ewing, NJ 08618 |
| 14029135 | + | Email/Text: amanda@cascollects.com | Oct 20 2023 00:11:00 | Capital Collection Service, P.O. Box 150, West Berlin, NJ 08091-0150 |
| 14029137 | | Email/Text: cms-bk@cms-collect.com | Oct 20 2023 00:11:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 14029139 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 00:12:08 | Capital One Bank (USA), N.A., Attn: Bankrptcy Dept., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14029138 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 20 2023 00:12:28 | Capital One Bank (USA), N.A., Attn: Bankruptcy Dept., P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14029140 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2023 00:12:04 | Carson Smithfield LLC, P.O. Box 9216, Old Bethpage, NY 11804-9016 |
| 14030101 | + | Email/Text: bankruptcy@cavps.com | Oct 20 2023 00:11:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14029143 | + | Email/Text: bankruptcy@certifiedcollection.com | Oct 20 2023 00:11:00 | Certified Credit & Collection Bureau, P.O. Box 336, Raritan, NJ 08869-0336 |
| 14029144 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 00:24:21 | Citibank, N.A./The Home Depot, Attn: Bankruptcy Dept., P.O. Box 790040, Saint Louis, MO 63179-0040 |

| Recipient ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14029146 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 20 2023 00:11:00 | Comenity Bank/Victoria Secret, P.O. Box 182125, Columbus, OH 43218-2125 |
| 14029148 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 20 2023 00:11:00 | Convergent Outsourcing, Inc., 800 SW 39th Street, P.O. Box 9004, Renton, WA 98057-9004 |
| 14029150 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 20 2023 00:11:00 | Credit Coll, Po Box 9136, Needham, MA 02494-9136 |
| 14029151 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 20 2023 00:11:00 | Credit Collections Services, Two Wells Avenue, Dept. 9134, Newton, MA 02459-3225 |
| 14029156 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 20 2023 00:12:05 | DSNB/Macy's, Attn: Bankruptcy Dept., P.O. Box 8053, Mason, OH 45040 |
| 14043388 | | Email/Text: bnc-quantum@quantum3group.com | Oct 20 2023 00:11:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14029154 | | Email/Text: G06041@att.com | Oct 20 2023 00:11:00 | DirecTV, P.O. Box 5007, CCarol Stream, IL 60197-5007 |
| 14029155 | + | Email/Text: bankruptcynotices@dcicollect.com | Oct 20 2023 00:11:00 | Diversified Consultants, Inc., P.O. Box 551268, Jacksonville, FL 32255-1268 |
| 14029160 | + | Email/Text: bankruptcydepartment@tsico.com | Oct 20 2023 00:11:00 | EOS CCA, 700 Longwater Dr., Norwell, MA 02061-1624 |
| 14029161 | + | Email/Text: convergent@ebn.phinsolutions.com | Oct 20 2023 00:11:00 | ER Solutions, Inc., 800 SW 39th Street, P.O. Box 9004, Reton, WA 98057-9004 |
| 14029157 | ^ | MEBN | Oct 20 2023 00:07:37 | Eastern Account System of CT, Inc., P.O. Box 837, Newtown, CT 06470-0837 |
| 14029159 | + | Email/Text: bknotice@ercbpo.com | Oct 20 2023 00:11:00 | Enhanced Recovery Corp., Attn: Bankruptcy Dept., 8014 Bayberry Rd., Jacksonville, FL 32256-7412 |
| 14029162 | ^ | MEBN | Oct 20 2023 00:07:55 | Financial Recoveries, P.O. Box 1388, Mount Laurel, NJ 08054-7388 |
| 14029163 | + | Email/Text: administration@gatestoneco.com | Oct 20 2023 00:11:00 | Gatestone, P.O. Box 101928, Dept. 4947A, Birmingham, AL 35210-6928 |
| 14029165 | | Email/Text: RMOpsSupport@alorica.com | Oct 20 2023 00:11:00 | Global Receivables Solutions, Inc., PO Box 790113, St. Louis, MO 63179-0113 |
| 14029171 | + | Email/Text: ahamilton@hillcrestdavidson.com | Oct 20 2023 00:11:00 | Hillcrest Davidson, 715 N. Glenville Dr. Ste. 450, Richardson, TX 75081-2898 |
| 14029172 | | Email/Text: Bankruptcy@ICSystem.com | Oct 20 2023 00:11:00 | IC System, 444 Highway 96 East, P.O. Box 64378, St. Paul, MN 55164-0378 |
| 14029173 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 20 2023 00:11:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14029177 | ^ | MEBN | Oct 20 2023 00:07:59 | KML Law Group, P.C., Suite 500, BNY Mellon Independence Cente, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14029175 | | Email/Text: BKRMailOPS@weltman.com | Oct 20 2023 00:11:00 | Kay Jewelers, PO Box 740425, Cincinnati, OH 45274-0425 |
| 14029178 | | Email/Text: govtaudits@labcorp.com | Oct 20 2023 00:11:00 | Laboratory Corporation of America, P.O. Box 2240, Burlington, NC 27216-2240 |
| 14029184 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 20 2023 00:12:54 | LVNV Funding LLC, 15 South Main Street, Greenville, SC 29601-2743 |
| 14052072 | ^ | MEBN | Oct 20 2023 00:07:47 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14029185 | + | Email/Text: BKNotice@ldvlaw.com | Oct 20 2023 00:11:00 | Lyons, Doughty & Veldhuis, P.C., 136 Gaither Drive, Suite 100, P.O. Box 1269, Mt. Laurel, NJ |

Case 17-18454-pmm   Doc 85   Filed 10/21/23   Entered 10/22/23 00:31:23   Desc Imaged
                           Certificate of Notice   Page 5 of 8

| District/off: 0313-4 | User: admin | Page 5 of 7 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 138OBJ | Total Noticed: 153 |

| | | | | |
|---|---|---|---|---|
| | | | | 08054-7269 |
| 14029186 | | Email/Text: camanagement@mtb.com | Oct 20 2023 00:11:00 | M&T Bank, P.O. Box 1288, Buffalo, NY 14240-1288 |
| 14029193 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 20 2023 00:12:32 | Merrick Bank, Attn: Bankruptcy Dept., P.O. Box 9201, Old Bethpage, NY 11804-9001 |
| 14029199 | + | Email/Text: egssupportservices@alorica.com | Oct 20 2023 00:11:00 | NCO Financial Systems, Inc., 507 Prudential Rd., Horsham, PA 19044-2308 |
| 14029200 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 20 2023 00:11:00 | New Jersey Turnpike Authority, PO Box 4971, Trenton, NJ 08650 |
| 14048497 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Oct 20 2023 00:11:00 | New Jersey Turnpike Authority, c/o Mark Schneider, Esq., 1 Turnpike Plaza, PO Box 5042, Woodbridge NJ 07095 |
| 14029195 | | Email/Text: Bankruptcy@nacscom.com | Oct 20 2023 00:11:00 | NACS, 2810 Walker Road, Suite 100, Chattanooga, TN 37421 |
| 14029197 | + | Email/Text: Bankruptcies@nragroup.com | Oct 20 2023 00:11:00 | National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14029198 | | Email/Text: NCI_bankonotify@ncirm.com | Oct 20 2023 00:11:00 | Nationwide Credit, Inc., PO Box 14581, Des Moines IA 50306-3581 |
| 14029202 | + | Email/Text: ngisupport@radiusgs.com | Oct 20 2023 00:11:00 | Northland Group Inc., P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14036758 | | Email/PDF: cbp@omf.com | Oct 20 2023 00:12:02 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14029203 | | Email/PDF: cbp@omf.com | Oct 20 2023 00:24:30 | Onemain Financial, Attn: Bankruptcy Dept., P.O. Box 6042, Sioux Falls, SD 57117-6042 |
| 14029206 | | Email/Text: bankruptcies@penncredit.com | Oct 20 2023 00:11:00 | Penn Credit, 916 S. 14th Street, P.O. Box 988, Harrisburg, PA 17108 |
| 14029208 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 00:12:33 | Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502 |
| 14050931 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 00:12:32 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14053716 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 20 2023 00:12:29 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14029332 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 20 2023 00:12:05 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14029211 | | Email/Text: signed.order@pfwattorneys.com | Oct 20 2023 00:11:00 | Pressler and Pressler, LLP, 7 Entin Road, Parsippany, NJ 07054-0520 |
| 14029212 | | Email/Text: signed.order@pfwattorneys.com | Oct 20 2023 00:11:00 | Pressler and Pressler, LLP, Ralph Gulko, Esq., 7 Entin Road, Parsippany, NJ 07054-0520 |
| 14029220 | ^ | MEBN | Oct 20 2023 00:07:36 | PSE&G, P.O. Box 14444, New Brunswick, NJ 08906-4444 |
| 14029221 | | Email/Text: BankruptcyMail@questdiagnostics.com | Oct 20 2023 00:11:00 | Quest Diagnostics, P.O. Box 7306, Hollister, MO 65673-7306 |
| 14029228 | | Email/Text: bkrpt@retrievalmasters.com | Oct 20 2023 00:11:00 | RMCB, PO Box 1235, Elmsford, NY 10523-0935 |
| 14029229 | + | Email/Text: bkrpt@retrievalmasters.com | Oct 20 2023 00:11:00 | RMCB, 4 Westchester Plaza, Ste. 110, Elmsford, NY 10523-1615 |
| 14029222 | ^ | MEBN | Oct 20 2023 00:07:43 | Receivable Management Services Corp., 240 Emery Street, Bethlehem PA 18015-1980 |
| 14029223 | + | Email/Text: Supportservices@receivablesperformance.com | Oct 20 2023 00:11:00 | Receivables Performance Management, 20816 44th Ave. W, Lynnwood, WA 98036-7744 |
| 14029225 | + | Email/Text: bkrpt@retrievalmasters.com | Oct 20 2023 00:11:00 | Retrieval Masters Creditors Bureau, Inc., 4 |

| District/off: 0313-4 | User: admin | Page 6 of 7 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 138OBJ | Total Noticed: 153 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Westchester Plaza, Suite 110, Elmsford, NY 10523-1615 |
| 14049607 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Oct 20 2023 00:24:37 | Sprint Corp, Attention Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 14029233 | | Email/Text: bankruptcy@sw-credit.com | Oct 20 2023 00:11:00 | Southwest Credit, 4120 International Parkway, Suite 1100, Carrollton, TX 75007-1958 |
| 14029235 | | Email/Text: bankruptcy@sunrisecreditservices.com | Oct 20 2023 00:11:00 | Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 14029434 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:12:49 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14029237 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 20 2023 00:24:36 | Synchrony Bank, Attn: Bankruptcy Dept., P.O. Box 965060, Orlando, FL 32896-5060 |
| 14033586 | | Email/PDF: ebn_ais@aisinfo.com | Oct 20 2023 00:12:04 | T Mobile/T-Mobile USA Inc, by American InfoSource LP as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 14029243 | + | Email/Text: bnc@alltran.com | Oct 20 2023 00:11:00 | United Recovery Systems, LP, 5800 North Course Drive, Houston, TX 77072-1613 |
| 14029247 | | Email/Text: BKRMailOps@weltman.com | Oct 20 2023 00:11:00 | Weltman, Weinberg & Reis Co., LPA, 325 Chestnut Street, Suite 501, Philadelphia, PA 19106-2605 |

TOTAL: 94

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14029125 | *P++ | AR RESOURCES INC, PO BOX 1056, BLUE BELL PA 19422-0287, address filed with court:, AR Resources, Inc., P.O. Box 1056, Blue Bell, PA 19422 |
| 14030102 | *+ | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14029164 | ## | Genpact Services, LLC, P.O. Box 1969, Southgate, MI 48195-0969 |
| 14029180 | ##+ | Lando Resorts Corporation, 5405 Diplomat Circle, Ste. 106, Orlando, FL 32810-5623 |
| 14029182 | ##+ | Law Offices of Mithell N. Kay, P.C., 90 Main Street #308, Hackensack NJ 07601-7128 |
| 14029207 | ##+ | Penn Credit, 916 S. 14th Street, Harrisburg, PA 17104-3425 |
| 14029234 | ##+ | Stern & Eisenberg, P.C., 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| 14029241 | ##+ | The Law Offices Of William B. Callahan, 1800 East High Street, Suite 150, Pottstown PA 19464-3227 |
| 14029240 | ##+ | The Law Offices of William B. Callahan, 1800 E. High Street, Pottstown, PA 19464-3227 |

TOTAL: 0 Undeliverable, 2 Duplicate, 7 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

| District/off: 0313-4 | User: admin | Page 7 of 7 |
|---|---|---|
| Date Rcvd: Oct 19, 2023 | Form ID: 138OBJ | Total Noticed: 153 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM B. CALLAHAN | on behalf of Creditor Credit Union of New Jersey bill@billcallahanlaw.com |
| ZACHARY ZAWARSKI | on behalf of Debtor Terrence Peter Pacheco zzawarski@zawarskilaw.com |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Terrence Peter Pacheco
    Debtor(s)

Case No: 17−18454−pmm
Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 10/19/23

84 − 81
Form 138OBJ