United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 17-18454-pmm
Terrence Peter Pacheco | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Dec 05, 2023 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Terrence Peter Pacheco, 5163 Springridge Drive, East Macungie, PA 18062-9577 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 5, 2023 at the address(es) listed below:

**Name**      **Email Address**

BRIAN CRAIG NICHOLAS
     on behalf of Creditor Lakeview Loan Servicing LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
     on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
     on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
     ECFMail@ReadingCh13.com

United States Trustee
     USTPRegion03.PH.ECF@usdoj.gov

WILLIAM B. CALLAHAN
     on behalf of Creditor Credit Union of New Jersey bill@billcallahanlaw.com

| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 05, 2023 | Form ID: 195 | Total Noticed: 1 |

ZACHARY ZAWARSKI
                on behalf of Debtor Terrence Peter Pacheco zzawarski@zawarskilaw.com

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                                          : Chapter 13

Terrence Peter Pacheco                                                      : Case No. 17−18454−pmm

      Debtor(s)

***ORDER***
_____

    AND NOW, this day , December 5, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

90
Form 195